833 F.2d 1015
 Cross (Nancy Jewell)
v.
U.S. Dept. of Housing & Urban Development, Pierce (Samuel),
San Mateo Housing Auth., Dawson (Maurice), U.S. Dept. of
Transportation, Dole (Elizabeth Hanford), U.S. Enviro.
Protection Agency, Thomas (Lee), State of Cal., Office of
Statewide HealthPlanning & Dev., Meeks (Larry), Metro.
Transp. Com'n., Schroeder (Robert), City of Palo Alto, Palo
Alto City Council, San Mateo Cty., San Mateo Cty. Bd. of
Sup'rs, Santa Clara Cty, Santa Clara Cty. Bd. of Sup'rs,
 NO. 86-2345
 United States Court of Appeals,
Ninth Circuit.
 NOV 24, 1987
 
 1
 Appeal From: N.D.Cal.
 
 
 2
 AFFIRMED.